UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELLA GORDEN,

        Plaintiff,

v.                                                                        Case No: 2:13-cv-369-FtM-38CM

CAROLYN W. COLVIN,
Commissioner of Social Security,

        Defendant.
_____/

### ORDER[1]

This matter comes before the Court on consideration of United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. #26) filed on July 11, 2014. Judge Mirando recommends the decision of the Commissioner of Social Security be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. #26). No objections have been filed, and the time to do so has now expired.

The Court reviews the Commissioner's decision to determine if it is supported by substantial evidence and based upon proper legal standards. See Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158 (11th Cir. 2004) (citing Lewis v. Callahan, 125 F.3d 1436, 1439 (11th Cir. 1997). Substantial evidence is more than a scintilla but less than a preponderance, and is such relevant evidence as a reasonable person would accept as

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

adequate to support a conclusion.  See Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005) (citing Crawford, 363 F.3d at 1158-59).  Even if the evidence preponderates against the Commissioner's findings, the Court must affirm if substantial evidence supports the decision reached.  Crawford, 363 F.3d at 1158-59 (citing Martin v. Sullivan, 894 F.2d 1520, 1529 (11th Cir. 1983)).  The district court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  See Moore, 405 F.3d at 1211 (citing Bloodswoth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983); Dyer v. Barnhart, 395 F.3d 1206, 1210 (11th Cir. 2005) (citing Phillips v. Barnhart, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004)).  The Court reviews the Commissioner's conclusions of law under a *de novo* standard of review.  Ingram v. Comm'r of Soc. Sec. Admin., 496 F.3d 1253, 1260 (11th Cir. 2007) (citing Martin, 894 F.2d at 1529).

After an independent review, the Court agrees with the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) The Report and Recommendation of United States Magistrate Judge Carol Mirando reversing and remanding the decision of the Commissioner of Social Security (Doc. #26) is **ACCEPTED and ADOPTED**.

(2) The decision of the Commissioner of Social Security is **REVERSED** and the matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) so the Commissioner can determine whether, in light of all the

evidence, Plaintiff meets the requirements of disability under 20 C.F.R. pt. 404, subpt. P, app. 1, Listing 12.05C.

(3) The Clerk of the Court shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of August, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record